# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

Justin Gregory Loggins 1129927 )
(full name)                    (Register No). )
Brent Reynolds    1086327 )
_____ )
                                          )
            Plaintiff(s).         )   Case No._____
                                          )
                                          )
v.                                    )
                                          )
                                          )
                                          `
                                          
(Full name)                        Defendants are sued in their (check one):
Saline County Justice Center )   ____ Individual Capacity
_____ )   _X_ Official Capacity
            Defendant(s).         )   ____ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.    Place of present confinement of plaintiff(s): Saline County Justice Center (Both)

II.   Parties to this civil action:
      Please give your commitment name and any another name(s) you have used while incarcerated. Brent Reynolds          1086327

A. Plaintiff Justin Loggins      Register No. 1129927
   Address P.O. Box 366/1915 W. Arrow St, A-POD
   Marshall, Mo. 65340

B. Defendant Saline County Justice Center

   Is employed as State Facility

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 4:21-cv-00133-GAF    Document 1    Filed 03/01/21    Page 1 of 7

III. Do your claims involve medical treatment? Yes ____ No X

IV. Do you request a jury trial? Yes ____ No X

V. Do you request money damages? Yes X No ____

State the amount claimed? $30,000 /$50,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes X No ____

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes X No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes X No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
Justin Loggins filed grievance 02-17-21 6:43 pm
Brent Reynolds filed grievance

D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ____ No X

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ____ No X

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
(Plaintiff)                              (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____

(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____

(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Saline County Justice Center uses a system called Justia for a law library. For several years and counting, it has been very inadequate. We as inmates have never been able to look up "Case law". We have exhausted their grievance process to NO avail, For example, I hope I am filling this Civil suit out properly, due to No "case law", I have no idea. Both named Plaintiffs wish to do legal research as much as possible. Todays date is currently 02-19-2021. Justia Is on Turnkey Inmate Canteen Cont....

B. State briefly your legal theory or cite appropriate authority:

As Plaintiffs, as well as Inmates, we are well aware we have Federal Rights, we are not sure what they are, or what USC Act they are under due to an Inadequate Law Library. We have asked for a copy of our Federal Rights as well as State Rights as Inmates, to once again, No avail. This Facility to us, feels like they are above the Law.

3

Case 4:21-cv-00133-GAF    Document 1    Filed 03/01/21    Page 3 of 7

Brent Reynolds # 1086327
Justin Loggins # 1129927

## IX.

### A. Continued...

The turn key has been a blank screen that says "No Signal Detected" since 02-16-2021. Administration does not answer grievances, and is No way in a hurry to fix it. This County Jail has been operational since at least the year 2000, and has NEVER had "Case law" available to Inmates. Us as Plaintiff's has put in grievance after grievance in past years as well. Had our beloved family members do research and learned of cases just like ours that have filed suits and won. Please help us?

### B. Continued...

Like we don't have a voice because we have made mistakes. We are innocent till proven Guilty does not exist here. We will be filing other Suits as well, but to us, this is the most important. because it doesn't just affect us. It has affected hundreds of Inmates and their families. Example: Let's say an innocent untill proven guilty persons has been charged with a felony by the Prosecuting

Case 4:21-cv-00133-GAF    Document 1    Filed 03/01/21    Page 4 of 7

Attorney. And at best it's a misdemeanor or a "Lower Class Felony. The Person's does not have access to an adequate "Case Law" Library to educate themselves to properly defend themselves in a court of Law. And that Person goes to the MODOC unlawfully? Is that not a violation of our Civil Rights? We as Inmates are very tired of getting bullied by Saline County, Missouri and reach out to our federal Judicial System to not only Right these wrongs, but to punish them as you see fit as the Judicial System is put forth to do. Thank you.

forma Pauperis:

Not sure on the dates of convictions, once again, NO Case Law.

I ask the courts to please overlook if I made Any mistakes in properly filing my Civil suit, I have No Case Law to go on.

Thank you
Drent Reynolds
#1086227

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

We would like an Adequate Law Library, and the money damages we asked for to hire Lawyers and help our families while we fight for our lives.

XI.  Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Brent + Justin are Pro Se.

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?      Yes____  No _X_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____

_____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?      Yes____      No _X_

If your answer is "Yes," state the name and address of the lawyer.

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _23rd_ day of _Febrary_ 20_21_

_Brent Reyns_  1086327
Signature(s) of Plaintiff(s)

_Justin Suppin_ #U 29927

_____

4

Drent Reynolds #108327
1915 W. Arrow
Marshall, Mo. 65340

RECEIVED
2021 MAR -1  AM 11: 47
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Deposit Funds, Online
InmateCanteen.com

24 FEB 2021

Office of the Clerk
United States District Court
Western District of Missouri
Kansas City, Mo. 64106

Legal
Mail

0000359603