# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

B.R. Brent Reynolds #1086327

~~Jer~~

_____ )
Plaintiff, Petitioner or Movant )
 )
 )
 ) Case No._____
v. )
 )
 )
missouri Saline County Justice Center )
_____ )
Defendant(s) or Respondent(s) )

## AFFIDAVIT IN SUPPORT OF REQUEST TO
## PROCEED *IN FORMA PAUPERIS* -- PRISONER CASES

I, Brent Reynolds declare (1) that I am the Plaintiff in this case; (2) that in support of my motion to proceed without being required to **prepay** fees or costs, I state that because of my poverty, I am unable to pay the costs of this proceeding; and (3) that I believe I am entitled to relief. (Note: Prisoners must pay the full filing fee of $350.00 in civil rights cases even if they are granted leave to proceed in forma pauperis and even if this case is dismissed at a later time by the Court. See 28 U.S.C. § 1915 (e)(2) and In re Tyler, 110 F.3d 528, 529-30 (8th Cir. 1997)(under Prison Litigation Reform Act, prisoners are responsible for filing fees the moment a civil action is filed). See instructions provided with this packet.

1. Place of confinement of plaintiff: Saline County Justice Center

2. Crime(s) for which you have been convicted, date and sentence on each:
(Class C 2nd degree Burglary 2003 3yr)(Class C Receiving Stolen Prop 2003 7)
(Attempted 1st degree Burglary 2012 7yr)(2 Class D Possessions 10yr, 10yr, C5 class E tampering 5yr 2017

3. Are you presently employed? Yes ___ No X

   a. If the answer is "Yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   03-01-2020 $2,500/month Tysons
   Unemployed gap due to Covid-19

1

4. Have you received, within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business, profession of form of self-employment? | — | X |
| Rent payments, interest or dividends? | — | X |
| Pensions, annuities or life insurance payments? | — | X |
| Gifts or inheritances? | — | X |
| Any other sources? | — | X |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

_____

_____

5. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts during the last six (6) months.) Yes ___ No X

If the answer is "Yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

_____

_____

6. Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No X

If the answer is "yes," describe the property and state its approximate value.

_____

_____

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Kelsy Roberts Daughter 50% $600/month
Hayden Roberts Daughter 50% $600/month
Kaylyn Reynolds Daughter 50% $600/month

_____

_____

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this ~~February~~ 22nd day of February 20 21

Brent Phelps 1086327
Signature(s) of Plaintiff(s)

_____

_____

If any information is incorrect, we ask the
Courts to work w/ us, we have a very Inadequate
Law Library. Thank you,

Drent Reynolds #1086327
1915 W. Arrow
marshall, mo. 65340

Deposit Funds, On-line at
InmateCanteen.com

MO 652
24 FEB 2021
0000359603

RECEIVED
2021 MAR -1 AM 11: 47
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

office of the Clerk
United States District Court
Western District of Missouri
Kansas City, mo. 64106

Legal mail