**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

BRENT REYNOLDS, et al., )
                 )
        Plaintiffs, )
                 )
      vs. )    Case No.: 4:21-cv-00133-GAF-P
                 )
SALINE COUNTY JUSTICE CENTER, )
                 )
        Defendant. )

## <u>ORDER</u>

Plaintiffs Brent Reynolds and Justin Gregory Loggins have filed this case *pro se*, seeking relief pursuant to 42 U.S.C. § 1983 for claimed violations of their constitutional rights.

Federal Rule of Civil Procedure 20(a)(1) provides that multiple plaintiffs may join in one action arising out of the same transaction, occurrence, or series of transactions and occurrences. However, Federal Rule of Civil Procedure 21 provides that a court may, at any time and on terms that are just, add or drop a party. Plaintiffs Reynolds and Loggins asserts claims against Defendant Saline County Justice Center. However, the Court finds that Plaintiff Justin Gregory Loggins should be dismissed as a party in this case and that his claim should be dismissed without prejudice to presentation in a separate case.

### $350 Filing Fee

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the full $350.00 filing fee in this civil action. *See In re Tyler*, 110 F. 3d 528, 529-30 (8th Cir. 1997) (under Prison Litigation Reform Act, prisoners are responsible for filing fees the moment a civil action is filed). If granted leave to proceed *in forma pauperis*, Plaintiff is entitled to pay the filing fee over time through the payment of an initial partial filing fee to be assessed by the court under 28 U.S.C. § 1915(b)(1) and/or through periodic payments from Plaintiff's inmate trust fund account as authorized in 28 U.S.C. § 1915(b)(2).

Pursuant to 28 U.S.C. § 1915(b)(1), the court is required to assess and, when funds exist, collect an initial partial filing fee of twenty percent of the greater of the average monthly deposits or the average monthly balance in the prisoner's account for the six months immediately preceding the date of the filing of a civil action. Having reviewed Plaintiff Reynolds' inmate account statement, Plaintiff will be required to pay an initial partial filing fee of $13.00 ($390.00 total

income ÷ 6 months x 20%). ***If Plaintiff pays the initial partial filing fee, the remainder of the $350.00 filing fee will be deducted from Plaintiff's inmate account in periodic payments pursuant to 28 U.S.C. § 1915(b)(2).***

Accordingly, it is **ORDERED** that:

(1) Plaintiff Justin Gregory Loggins is dismissed without prejudice;

(2) Plaintiff Reynolds is granted leave to proceed *in forma pauperis*;

(3) Plaintiff Reynolds shall pay to the clerk of the court for the Western District of Missouri, Western Division, an initial partial filing fee of $13.00; and

(4) Plaintiff Reynolds' failure to pay the required initial partial filing fee on or before March 18, 2021, will result in the dismissal of this case without further notice.

**IT IS SO ORDERED.**

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

Dated:  March 4, 2021

2